UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE: Thomas & Tonya Moreland, DEBTORS

CASE NO:5:09-bk-73783
CHAPTER 13

**ORDER**

On this _____ day of July 2010, comes on to be heard the debtor's Motion to Abate Payment. No responses or objections being timely filed,

IT IS ACCORDINGLY ORDERED that debtor's Motion to Abate Payment is granted for the month of June and that the Debtor shall make FULL and TIMELY plan payments to be received and credited by the 27th of the month for each month through December 2010. Failure to comply with this order will result in this case being dismissed without further notice of hearing.

IT IS SO ORDERED this _____ day of July 10.

/s/ Ben Barry
Ben T. Barry
U. S. Bankruptcy Judge

Date: July 26, 2010

/s/ NPB for
Joyce Bradley Babin, Trustee

Submitted By: Forrest Stozler

EOD 7/26/2010
by L Williams